# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 27, 2010

Marilyn Kelly,
Chief Justice

136436(119)

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

SEYBURN, KAHN, GINN, BESS,
DEITCH AND SERLIN, P.C.,
        Plaintiff-Appellant,

v

SC: 136436
COA: 272903
Oakland CC: 1999-018126-CK

KIRIT BAKSHI,
        Defendant-Appellee.

_____/

On order of the Court, the plaintiff's motion for an award of costs on appeal is DENIED pursuant to MCL 600.2445, MCR 7.219, and MCR 7.318.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 27, 2010

_____
Clerk

p0419